UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case #: 3:15-CR-30          Date: August 10, 2016

United States of America     vs.     James Jenkins

**PROCEEDINGS: Sentencing Hearing.**

HONORABLE THOMAS A. VARLAN, CHIEF UNITED STATES DISTRICT JUDGE

| Julie Norwood | Terri Grandchamp | Joe Thomas |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Tracy Stone | Jonathan Moffatt |
|---|---|
| **Asst. U.S. Attorney** | **Attorney for Defendant** |

**JUDGMENT OF THE COURT:**
- 108 Months of Imprisonment as to each of Counts One and Two of the Superseding Indictment to be served concurrently
- Followed by 3 Years Supervised Release
- Special Assessment in the amount of $200.00  The Court finds that the defendant does not have the ability to pay a fine and therefore will waive the fine
- The court recommends the defendant receive 500 hours of substance abuse treatment from the BOP Institution Residential Drug Abuse Treatment Program. It is further recommended that the defendant be designated to either Talladega or Montgomery.
- Defendant remanded to custody

2:30 to 3:05