UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )
                                   )
v.                                 )          No.  3:15-CR-30-9
                                   )
JAMES JENKINS,                     )
                                   )
                    Defendant.     )

ORDER OF DETENTION PENDING FURTHER PROCEEDINGS

The above-named defendant appeared in custody before the undersigned on June 17, 2025 for an initial appearance on a petition for warrant for offender under supervision. United States Attorney Anne-Marie Svolto was present on behalf of the government, and Attorney Jonathan Moffatt was present on behalf of the defendant.  The government moved for detention. The defendant agreed to detention and understood he would be detained pending a revocation hearing or an agreed order is entered by the Court. The defendant executed a waiver of detention hearing and reserved his right to a hearing at a later time.

Accordingly, **IT IS ORDERED:**

1.      Defendant shall be detained pending his revocation hearing or resolution by agreed order.

2.      Defendant shall be held by the United States Marshal pending his revocation

hearing. Defendant shall be produced at such time and place for his hearing to determine if his supervised release should be revoked.

**IT IS SO ORDERED.**

s/Debra C. Poplin
UNITED STATES MAGISTRATE JUDGE