# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Case No. 3:15-CR-00030-009 |
| v. | ) | |
| | ) | Judge Varlan |
| JAMES JENKINS | ) | |

## AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the defendant, James Jenkins, and the defendant admits that he has violated his supervised release. An agreement has been reached between the parties, recommending that Mr. Jenkins' supervised release should be revoked and that he should receive a sentence of twenty (20) months with no supervised release to follow.

Mr. Jenkins agrees to waive his right to a hearing pursuant to Rule 32.1 of the Rules of Criminal Procedure, waive his right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The defendant's criminal history category is V. The advisory guideline range is 18-24 months for a "Grade B" violation which the Court has carefully considered. There is a statutory maximum of 24 months which the Court has also considered. The Court has also considered the factors listed in 18 U.S.C. §3553(a).

Based on the foregoing, the Court finds that the recommended sentence is sufficient, but

not greater than necessary, to accomplish the purposes set forth in 18 U.S.C. §3553(a) while taking into consideration all of those factors and the Chapter Seven policy statements.

IT IS HEREBY ORDERED, therefore, that the defendant's supervised release is revoked. The defendant is hereby sentenced to a term of imprisonment of twenty (20) months to be followed by no supervised release. IT IS RECOMMENDED that Mr. Jenkins be designated to FMC Lexington.

Honorable Thomas A. Varlan
United States District Judge

APPROVED FOR ENTRY:

Tracy Stone
Assistant U.S. Attorney

Jonathan Moffatt
Attorney for Defendant

James Jenkins
Defendant

E. Aaron Powell
U.S. Probation Officer

2